UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE JUDE WHITTINGTON						CIVIL ACTION

VERSUS									NO. 16-1702

NEWELL NORMAND, ET AL.						SECTION: "J"(1)

# O R D E R

The Court, having considered the petition, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Jacqueline Sanders' *Motion to Dismiss for Failure to State a Claim* (**Rec. Doc. 48**) is **GRANTED** and that the claims against her are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's *Motion to Waive Said Defendants from Lawsuit* (**Rec. Doc. 50**) is **GRANTED** and that the claims against Gary Cook, Steven Abadie, and Simmie Carter are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 28th day of November, 2017.

_____
**UNITED STATES DISTRICT JUDGE**